1  Albert B. Norris (SBN 34756)
   Stephen G. Blitch (SBN 70193)
2  Daniel J. Valim (SBN 233061)
   REED SMITH LLP
3  1999 Harrison Street, Suite 2400
   Oakland, CA 94612-3572
4
   **Mailing Address:**
5  P.O. Box 2084
   Oakland, CA 94604-2084
6
   Telephone:   510.763.2000
7  Facsimile:   510.273.8832

8  Attorneys for Lincoln Electric Holdings; The
   ESAB Group, Inc (erroneously named as
9  "ESAB Group, Inc., as itself and successor to
   Alloy Rods Inc. and L-TEC Welding and
10 Cutting Systems, Inc."); The Lincoln Electric
   Company; A.O. Smith Corporation; Praxair, Inc.
11 (erroneously named as "Praxair, Inc., as
   successor to Linde Air Products"); Union
12 Carbide Corporation (erroneously named as
   "Union Carbide Corporation, as successor to
13 Linde Air Products and Haynes Satellite
   Works"); Viacom Inc., successor by merger to
14 CBS Corporation, f/k/a Westinghouse; Hobart
   Brothers Company (erroneously named as
15 "Hobart Brothers Company, as itself and
   successor to Teledyne McKay, Inc." and
16 "McKay Welding Products"); The BOC Group,
   Inc. f/k/a Airco, Inc. (erroneously named as
17 "AIRCO/The BOC Group, Inc., as itself and as
   successor to Airco, Inc. (f/k/a Air reduction Co.)
18 and Wilson Welder & Metal Co."); Allegheny
   Technologies, Inc.; Lincoln Global, Inc.;
19 Sandvik, Inc. (erroneously named as "Sandvik
   Materials Technology Company"); Airgas Gulf-
20 States, Inc., and BOC, Inc. (served herein as
   "BOC Financial Corporation (Former Name)
21 BOC, Inc.(True Name)")

22                UNITED STATES DISTRICT COURT

23                NORTHERN DISTRICT OF CALIFORNIA

24 | JOHN LASSUS, an individual and ELIZABETH | No.: C06-04822 JSW
   | LASSUS, an individual,
25 |                                          | **STIPULATION AND [PROPOSED]**
   |              Plaintiffs,                 | **ORDER STAYING PROCEEDINGS**
26 |
   |     vs.
27 |
   | A.O. SMITH CORPORATION; ADAMS
28 | HARD-FACING COMPANY, INC.; AIR

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| 1 | PRODUCTS & CHEMICALS, INC.; AIRCO INC.; AIRCO/THE BOC GROUP, INC., as itself |
| 2 | and as successor to Airco, Inc. (f/k/a Air Reduction Co.) and Wilson Welder & Metal Co.; |
| 3 | AIRGAS-GULF STATES, INC.; ALLEGHENY TECHNOLOGIES, INC. as successor to |
| 4 | Teledyne-McKay Welding Products; AVESTA POLARIT, INC.; BOC FINANCIAL CORP.; |
| 5 | THE BOC GROUP, INC.; CATERPILLAR, INC.; THE ESAB GROUP, INC.; ESAB |
| 6 | GROUP, INC., as itself and as successor to Alloy Rods Inc., and L-TEC Welding and Cutting |
| 7 | Systems, Inc.; GENERAL ELECTRIC COMPANY; HAYNES INTERNATIONAL, |
| 8 | INC.; HOBART BROTHERS COMPANY, as itself and as successor to Teledyne McKay, Inc.; |
| 9 | ILLINOIS TOOL WORKS, INC., as successor to Hobart Brothers Corp., Teledyne McKay, Inc. and |
| 10 | Miller Electric Manufacturing Corp.; THE LINCOLN ELECTRIC COMPANY LINCOLN |
| 11 | ELECTRIC HOLDINGS; LINCOLN GLOBAL, INC., also known as Seal Seat Corporation; |
| 12 | MCKAY WELDING PRODUCTS; METROPOLITAN LIFE INSURANCE |
| 13 | COMPANY; MILLER ELECTRIC MANUFACTURING CO., INC ; PRAXAIR, |
| 14 | INC., as successor to Linde Air Products; RANKIN INDUSTRIES, INC.; STOODY |
| 15 | COMPANY, as itself and as successor to the Deloro Stellite Company; THERMADYNE |
| 16 | HOLDINGS CORPORATION, as itself and as successor to the Deloro Stellite Company, Stoody |
| 17 | Company, and Tweco Products, Inc.; UNION CARBIDE CORPORATION, as successor to |
| 18 | Linde Air Products and Haynes Stellite Works; VIACOM, INC.; WESTINGHOUSE ELECTRIC |
| 19 | CORPORATION; J.W. HARRIS COMPANY, INC.; OLSON AND CO. STEEL, individually |
| 20 | and as successor-in-interest to BOSTROM-BERGEN METAL PRODUCTS; BOSTROM- |
| 21 | BERGEN METAL PRODUCTS; VICTOR EQUIPMENT COMPANY; HUNTINGTON |
| 22 | ALLOYS CORPORATION f/k/a Inco Alloys International Inc.; SANDVIK MATERIALS |
| 23 | TECHNOLOGY COMPANY; THERMADYNE INDUSTRIES aka Stoody; EAST BAY |
| 24 | WELDING SUPPLY, INC.; CALIFORNIA WELDING SUPPLY COMPANY; GENUINE |
| 25 | PARTS COMPANY; and Does 1-1000, |
| 26 | Defendants. |
| 27 | |
| 28 | |

1   IT IS HEREBY STIPULATED by and between the parties hereto through their respective
2   attorneys of record that all proceedings in this matter be stayed pending a transfer of this action to
3   In re Welding Fume Products Liability Litigation, MDL No. 1535 (N.D. Ohio).

5   Throughout the period during which the transfer is pending, the parties stipulate to a stay of
6   Defendants' obligation to respond to the complaint and of the parties' right to propound discovery.
7   During this period, the parties respectfully request that this Court refrain from issuing any
8   scheduling orders in this matter, including but not limited to case management orders and orders
9   pertaining to Alternative Dispute Resolution. Furthermore, any and all case management
10  conferences currently on calendar are now removed.

12  SO STIPULATED AND AGREED

1
2  DATED: August 18, 2006
3
4                                          REED SMITH LLP
5
6                                          By _____
                                              Albert B. Norris
7                                             Stephen G. Blitch
                                              Daniel J. Valim
8                                             Attorneys for Defendants
                                              Lincoln Electric Holdings; The ESAB Group, Inc
9                                             (erroneously named as "ESAB Group, Inc., as itself
                                              and successor to Alloy Rods Inc. and L-TEC
10                                            Welding and Cutting Systems, Inc."); The Lincoln
                                              Electric Company; A.O. Smith Corporation;
11                                            Praxair, Inc. (erroneously named as "Praxair, Inc.,
                                              as successor to Linde Air Products"); Union
12                                            Carbide Corporation (erroneously named as "Union
                                              Carbide Corporation, as successor to Linde Air
13                                            Products and Haynes Satellite Works"); Viacom
                                              Inc., successor by merger to CBS Corporation, f/k/a
14                                            Westinghouse; Hobart Brothers Company
                                              (erroneously named as "Hobart Brothers Company,
15                                            as itself and successor to Teledyne McKay, Inc."
                                              and "McKay Welding Products"); The BOC Group,
16                                            Inc. f/k/a Airco, Inc. (erroneously named as
                                              "AIRCO/The BOC Group, Inc., as itself and as
17                                            successor to Airco, Inc. (f/k/a Air reduction Co.)
                                              and Wilson Welder & Metal Co."); Allegheny
18                                            Technologies, Inc.; Lincoln Global, Inc.; Sandvik,
                                              Inc. (erroneously named as "Sandvik Materials
19                                            Technology Company"); Airgas Gulf-States, Inc.,
                                              and BOC, Inc. (served herein as "BOC Financial
20                                            Corporation (Former Name) BOC, Inc.(True
                                              Name)")
21
22  DATED: 8/24/06
23
24                                          GREENE BROILLET & WHEELER, LLP
25
                                            By _____
26                                             Bruce Fishelman
                                               Helaine Hatter
27                                             Attorneys for Plaintiffs
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

C06-04822 JSW                                  — 4 —
                        Stipulation And [Proposed] Order Staying Proceedings

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: August 29, 2006

By _____
The Honorable Jeffrey S. White

DOCSOAK-9842668.1